AO 241 (Rev. 09/17)

1-24-CV-113-
AW/ZCB

FILED USDC FLND GV
JUL 3 '24 PM2:05

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court Gainesville, FL. | District: Northern Florida | |
|---|---|---|
| Name (under which you were convicted): 3729 S.W. 65 dr. Gainesville, FL 32608 Irina Collier | | Docket or Case No.: 24-MM-1056 |
| Place of Confinement : Alachua County Jail, Gainesville, FL | Prisoner No.: ASO - 08MN1022071 | |
| Petitioner (include the name under which you were convicted) IRINA COLLIER | Respondent (authorized person having custody of petitioner) v. Sheriff GAINEY | |
| The Attorney General of the State of: Florida   A. Moody | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Circuit 8, Gainesville, FL
   Superior Court of San Diego, Ca. directly related to FL. case

   (b) Criminal docket or case number (if you know): FL: 24-MM-1056; Ca: M287263

2. (a) Date of the judgment of conviction (if you know): Court and prosecutors conseal infor

   (b) Date of sentencing: 3.22.24 - date of being thrown in jail in FL. mation

3. Length of sentence: undefined. I was told by court staff; it is up to 18 month

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: This case started
   in Ca. 3.5.23 with perjury and fraud in chambers
   by government officials - all submitted in Habeas
   case Ca. State and US courts. At first it was
   felony burglary and trespass, then felony
   was dropped, now it is trespass (of my own home)

6. (a) What was your plea? (Check one) I kept repeating not Guilty, but it is
   unknown from court's record.

   ☐ (1)  Not guilty       ☐ (3)  Nolo contendere (no contest)
   ☐ (2)  Guilty           ☐ (4)  Insanity plea

   I attempted to → plea; no plea in court record

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *I never pleed guilty to charges of trespassing in my own rented apartment in Ca. and in my own house in FL. In 2023 I was charged by the same actors with trespassing in own rented apartment in Ca., then same people accused me in 2024 of trespassing in my own house in FL.*

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? *I tried, see transcripts* ☑ Yes    ☐ No *I kept asking to present evidence of my innocence, but was not allowed*

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *US Court Ca., US Court FL., Federal Circuit Court, US Supreme, Ca Supreme, FL Sup-reme,*

(b) Docket or case number (if you know): *see attachments, please*

(c) Result: *ignored, dismissed without hearings*

(d) Date of result (if you know): *2023 - 2024*

(e) Citation to the case (if you know): *no hearings*

(f) Grounds raised: *Fundamental Error: Fraud and perjury in chambers: government employee husband - law professor and his former student Judge DeTomasis' - Circuit 8 Court-created fraudulent document in 2020 (7.28.2020), then on the basis of it trespassed me on my rented property in Ca. first, and in my own house in FL. 2024. County Commissioner Prizzia impersonated*

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No *a Judge in Ca-Trespass case against me.*

If yes, answer the following:

(1) Name of court: *FL. Supreme*

(2) Docket or case number (if you know): *SC 24-0247*

(3) Result: *all dismissed without a hearing, then clerk implied I may request reconsideration, again... after prior Writs and petitions were placed in miscellaneous file and documents stricken off record.*

AO 241 (Rev. 09/17)

(4) Date of result (if you know): *appears pending, access to website is blocked*

(5) Citation to the case (if you know): *"Miscellaneous case" - unclear status*

(6) Grounds raised: *FL. Statutes violated in throwing me 2024 March 22, in jail and in throwing my child and me out - 7.28.2020 - of our house, then trespassing me in own house: March 22, 2024 - date it was thrown in FL. jail.*

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☑ Yes     ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): *22-7357*

(2) Result: *Thrown in internment jail in Ca. for filing the case in US Supreme in 2023*

(3) Date of result (if you know): *≈ July-august 2023*

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☑ Yes     ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: *Circuit 8 Gainesville, FL. State*

(2) Docket or case number (if you know): *2024-FC-1030A*

(3) Date of filing (if you know): *March 2024*

(4) Nature of the proceeding: *Criminal felony trespass and burglary*

(5) Grounds raised: *I Fundamental error in court, case created with perjury by restrained offender and fraud in court by government officials; judge Detoman's and county commissioner Prizzia. all confirmed with courts' own records in FL. and Ca. - court transcripts and court orders. all evidence is obstructed by prosecutors Prince and Zypes in Brady Violation. II lack of jurisdiction.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? *tion.*

☐ Yes     ☑ No

(7) Result: *motion to dismiss for lack of jurisdiction ignored by court and by prosecutor*

AO 241 (Rev. 09/17)

(8) Date of result (if you know): 5.14.24. Judge referenced lack of jurisdiction, but prosecutor weited with same charges.

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: District 1 FL. Court and US District Court FL

(2) Docket or case number (if you know): District 1: 24-0417 ; USDC FL: 24-90aug 24-85

(3) Date of filing (if you know): District 1 - ~5.9.24 ; USDC FL: 5.31.24

(4) Nature of the proceeding: District 1 Fl appeal ; USDCFL new case

(5) Grounds raised: I Fraud and Perjury by government officials in FL. & Ca. Courts - directly related cases, grounds raised in District 1 FL. Court of Appeals. II Fraud, Waste, Abuse Qui TAm case filed in USDC FL., but Clerk never allowed to serve case evidence in chambers under seal per Qui Tam procedure in case 24-85. III Not allowed to present evidence to US Attorney in 24-90

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? USDC FL case.

☐ Yes   ☑ No

(7) Result: appealed to the US Court of Appeals in Atlanta Circuit 11.

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: US Supreme Court

(2) Docket or case number (if you know): 23-7011 ( both Ca. & Fl. internments termed "Trespasses" are referenced in appeal )

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: petition for rehearing

(5) Grounds raised: Compelling grounds in the case leading to the fundamental question of immunity granted to government officials in the office engaging in criminal activity — Fraud, cover up of Title 9 violation, Court Order Violations. all claim immunity with impunity for statutory violations. Do they all have immunity for crimes against court protected victims?

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:        ☑ Yes      ☐ No

(2) Second petition:   ☑ Yes      ☐ No

(3) Third petition:     ☑ Yes      ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: *Ca. District Attorney Bonta and FL.*
*Attorney Moody collaborated in whistleblower retaliation by throwing*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *whistleblowers in*
*confinements in this case*
*Please see the list of enclosed directly*
*related cases and statement of Good Cause appeal*
*to the FL. Supreme Court, following appeals to Ca.*
*Supreme Court, to Federal Circuit Court of Appeals*
*and to the Supreme Court — all leading to the*
*FL. UF LAW Professor Charles Collier - violent offender.*

(b) If you did not exhaust your state remedies on Ground One, explain why:
*Charles Collier's co-conspirators include former*
*president Trump and top government officials in*
*two States, as well as US Attorneys from Com-*
*mercial Branch of the US DOJ - Pierce and*
*unnamed others in this case. San Fransisco DOJ*
*has all evidence of corruption and cover up*
*spanning 2017 - 2024, evidence is obstructed by*
*misfiling criminal cases as civil and civil*
*cases as criminal favoring Charles Collier.*

AO 241 (Rev. 09/17)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  *Writs of Habeas, Mandamus, Certiorari*

Name and location of the court where the motion or petition was filed:

*Please see enclosed list of all (major) courts & cases*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *enclosed copy of latest appeal to the 11th Circuit Court of Appeals U S, Atlanta Ga.*

(3) Did you receive a hearing on your motion or petition?      ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☑ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *up to the US Supreme. Petition for rehearing is pending until September '24*

Docket or case number (if you know): *23-7011*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: 2018 – First report of Title 9

Violation on campus of UC Berkeley (stated as child

abuse of Court Protected minor, but understood by Chancellor

**GROUND TWO:** and UCOP for exactly what

it is)

Fraud and perjury in Ca. Court – directly related case

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Case M287283 – Tried by Judge Davis in Ca

2023 as trespass against Irina Collier. In reality

Judge Davis is Anna Prizzia – Alachua County, FL.

county commissioner without as much as a FL. law

licence, definitely not licenced to practice law in any

state. Prizzia committed fraud under color, and

with collaboration of US Chief Judge Sabraw and governor

Newsom threw whistleblowers family in separate confine-

(b) If you did not exhaust your state remedies on Ground Two, explain why: ments..

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: Ca. Supreme

Type of motion or petition: Writ of Mandamus

Name and location of the court where the motion or petition was filed: Ca. Supreme

Docket or case number (if you know): S282929   Collier V. Newsom 2024

AO 241 (Rev. 09/17)

Date of the court's decision: ̃ /. /0. '24

Result (attach a copy of the court's opinion or order, if available): dismissed Without hearing

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☒ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: US Supreme

Docket or case number (if you know): 23- 7011

Date of the court's decision: pending until September

Result (attach a copy of the court's opinion or order, if available): Dismissed without
hearing in May, 24, petition for rehearing was
timely filed, pending.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two: Letters to former
president and his State Department,
Letter to VP K. Harris, letters to Newsom 2021-22
letters to Secretary of State FL 2020, to Ca. Secr. of State every
year 2018-
on.

GROUND THREE:
Sheriff Gainey - Alachua Co. Fl. knowingly failed DV victim, let
offender go, reversing
victim & offender.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Injunction against Professor Collier
18DV000161 is knowingly, willingly and
unlawfully ignored by the Sheriff and instead
the victim detained and thrown in jail as a
trespasser in own house. Habeas Corpus petition denied
in jail, bail denied, no miranda read, evidence
of valid injunction against complainer- Charles
Collier is obstructed by Sheriff.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *I went to the Sheriff's Internal Investigation Department. Officer Anderson took my report with all evidence of my unerring innocence & Sheriff's culpability and*

(c) **Direct Appeal of Ground Three:** *refused to investigate.*

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☑ Yes       ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes       ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Reports, petitions, writs to Sheriff, State attorney, Courts*

Name and location of the court where the motion or petition was filed: *Mayor of Gainesville, County commission, Sheriff, Courts, IRS..*

Docket or case number (if you know): *24-0939 State, Alachua 24-mm1056A*

Date of the court's decision: *all pending, while child is still kidnapped,*

Result (attach a copy of the court's opinion or order, if available): *mother accused of criminal trespass ongoing whistleblower retaliation in 2 states Fla Ca.*

(3) Did you receive a hearing on your motion or petition?       ☐ Yes       ☑ No

(4) Did you appeal from the denial of your motion or petition?       ☑ Yes       ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?       ☑ Yes       ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *2 States: Ca. & Fl. up to Supreme courts, and Washington D.C, from Circuits to Supreme.*

Docket or case number (if you know): *please see the list of courts & cases attached*

Date of the court's decision: *7.28.2020 — Fl. fraud in court — 3.22.24 Fl. fraud in court*

Result (attach a copy of the court's opinion or order, if available): *please see attached documents*

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

_____

_____

**GROUND FOUR:** Government officials involved in fraud and perjury under the color claim immunity for each other!

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): courts claim it for Trump & governors Trump claims it for all loyalists in court.

18 AV00016) under FL.S. 741. 315 rendered "invisible" by government officials in FL., supported by their counterparts in Ca. — Newsom' territory. Child trafficking of a humanist minor is covered up from Ca. Disney to FL. one by both States Courts thus far.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☒ Yes          ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(d)     **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes          ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  Habeas, Mandamus, Certiorari

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *Ca. & FL. Supreme, US Supreme*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?          ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☑ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *from lower tribunals to Highest*

Docket or case number (if you know): *24 mm 1056 A to 23-7011*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *pending, while all courts know child in this case is still kept hostage by cooperating corrupt interstate forces: Corrupt US Attorneys Ca., FL. & Washington D.C. and ANNa Prizzia,*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue *Chad Waile, Charles colleie,* *Judiciary is trying to decide if it is independent or not, and whether it should uphold Fl. Constitution while Ca. didn't.*

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court
       having jurisdiction?    ☑ Yes       ☐ No

       If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
       presenting them: _____

       _____

       _____

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which
       ground or grounds have not been presented, and state your reasons for not presenting them:

       _____

       _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
       that you challenge in this petition?    ☑ Yes       ☐ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues
       raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy
       of any court opinion or order, if available. _FL. US District Court_
       _Case 23-167 Judge Cannon, obstructed_
       _evidence of Habeas Corpus proceedings_
       _Violation reported from Ca. in 2023, Jun_

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
       the judgment you are challenging?    ☑ Yes       ☐ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
       raised. _FL. US District Court case 24-85_
       _Judge Cannon, obstructed evidence_
       _of Fraud, Waste and Abuse_
       _Qui tam case, blocked_
       _Prose Relator's access to US Attorney'_
       _for service in chambers & presentation_
       _of all evidence. Per Protocol_    Page 13 of 16
       _in Dies. TA n._

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the
      judgment you are challenging:

      (a) At preliminary hearing:

      (b) At arraignment and plea:

      (c) At trial:

      (d) At sentencing:

      (e) On appeal:

      (f) In any post-conviction proceeding:

      (g) On appeal from any ruling against you in a post-conviction proceeding:

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?        ☑ Yes    ☐ No    *More internment is promised*

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

      *no sentence, no due process, internment
      under misused Patriot Act and with fraud in*

      (b) Give the date the other sentence was imposed:   *court's chambers - repeat of Ca, 2023.*

      (c) Give the length of the other sentence:  *no official sentence, just internment by listor*

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the *of 2013*
      future?        ☑ Yes    ☐ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

      *trying to challenge unlawful internment —
      an oxymoron of law. How does one
      challenge atrocity committed by
      government officials and courts in the
      open in USA? Whom do you complain to,*

AO 241 (Rev. 09/17)

*Attachments enclosed 7.3.24*

*lc*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *I allow my child and me to come back home in FL, and to study at UF. II Review Brady Violations in 24-mm1056 A.*

or any other relief to which petitioner may be entitled.

_____ *Prose lc*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____7, 3, 24_____ (month, date, year).

Executed (signed) on _____7, 3, 24,_____ (date).

_____ *lc*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Page 16 of 16

AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court _Gainesville, FL._ | District: _Northern Florida_ |
|---|---|

| Name (under which you were convicted): _Irina Collier_ | Docket or Case No.: _24-MM-1056_ |
|---|---|

| Place of Confinement : _Alachua County Jail, Gainesville, FL_ | Prisoner No.: _ASO - 08 MN 1022071_ |
|---|---|

| Petitioner (include the name under which you were convicted) _IRINA COLLIER_ | Respondent (authorized person having custody of petitioner) v. _Sheriff GAINEY_ |
|---|---|

The Attorney General of the State of: _Florida   A. Moody_

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

_Circuit 8, Gainesville, FL_
_Superior Court of San Diego, Ca. directly related to FL. case_

(b) Criminal docket or case number (if you know): _Fl. 24-MM-1056; Ca: M287263_

2.  (a) Date of the judgment of conviction (if you know): _Court and prosecutors conceal infor_

(b) Date of sentencing: _3.22.24 - date of being thrown in jail in FL._  _mation_

3.  Length of sentence: _undefined, I was told by court staff: it is up to 18 months_

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: _This case started_
_in Ca. 3.8.23 with perjury and fraud in chambers_
_by government officials - all submitted in Habeas_
_case Ca. State and US Courts. At first it was_
_felony burglary and trespass, then felony_
_was dropped, now it is trespass (of my own home)_

6.  (a) What was your plea? (Check one) _I kept repeating not Guilty, but it is_
_unknown from_
_court's record_
_it_  _attempted to_ → ☐ (1)  Not guilty   ☐ (3)  Nolo contendere (no contest)
_ibly_  _plea; no plea_   ☐ (2)  Guilty   ☐ (4)  Insanity plea
_in court record_

Filing # 201842982 E-Filed 07/03/2024 08:56:04 AM

**IN THE COUNTY COURT**
**OF THE EIGHTH JUDICIAL CIRCUIT**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**CASE NUMBER: 01-2024-MM-001056-A**
**County Criminal Division I**

**STATE OF FLORIDA,**
    **Plaintiff,**

-vs-

**IRINA  COLLIER,**
    **Defendant.**

_____

## ORDER SCHEDULING FARETTA HEARING

    **PLEASE TAKE NOTICE** that on **Wednesday, July 17, 2024, at 1:30pm to be heard at the end of the pretrial conference docket** (10 minutes reserved) a Faretta Hearing in the above-styled cause will be heard before the undersigned in Courtroom 1B of the Judge Stephan P. Mickle, Sr. Criminal Courthouse, 220 South Main Street, Gainesville, Florida.

    **PLEASE GOVERN YOURSELVES ACCORDINGLY.**

    **DONE AND ORDERED** on Tuesday, July 2, 2024.

01-2024-MM-001056-A 07/02/2024 12:27:47 PM

_____
Kristine Van Vorst, County Court Judge
01-2024-MM-001056-A 07/02/2024 12:27:47 PM

"2024 MM 001056 A" 201842982 Filed at Alachua County Clerk 07/03/2024 08:56:08 AM EDT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies have been furnished by U.S. Mail or via filing with the Florida Courts E-Filing Portal on Wednesday, July 3, 2024 to the following:

IRINA COLLIER          State Attorney 8Th Circuit
3729 SW 65TH LN        eservice@sao8.org
GAINESVILLE, FL 32608

01-2024-MM-001056-A 07/03/2024 08:53:23 AM

Christina Blankenship, Judicial Assistant
01-2024-MM-001056-A 07/03/2024 08:53:23 AM

**Under the Americans with Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled to be provided with certain assistance at no cost to you. Please contact the ADA Coordinator at (352) 337-6237 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 1-800-955-8770 via Florida Relay Service.**

*Attachment to Habeas*
*Corpus 7.3.24*

## MOTION TO DISMISS

## Sworn statement by Prose defendant Irina Collier, case 2024-MM-1056COMES NOW the Defendant, pursuant to Rule 3.190, Fla.R.,Crim. P., and files this Motion to Dismiss ("Motion"), respectfully moving this Honorable Court to dismiss inditement, filed in the above-styled cause, and in support thereof, states as follows:

MEMORANDUM OF LAW

A.(c) (4) Law— Generally

This Motion is filed pursuant to provisions of Rule 3.190(c)(4), Fla.R.Crim. P., which provides that a motion to dismiss may be filed on the grounds that—

There are no material disputed facts and the undisputed facts do not establish a prima facie case of guilt against the defendant.

The facts, based on the eye witnesses sworn testimony, and the clear and simple reading of the trespass warning, are undisputed, and the application of the law to the undisputed facts shows that the State has not, and cannot, meet its factual, or legal, burden as to the charge. Accordingly, dismissal of the charge is appropriate.

"Rule 3.190(d) states and State v. Kalogeropolous 758 So.2d 110,112 ( Fla.2000), holds that rule 3.190(d) requires the State to specifically deny factual allegations and if necessary, add additional material facts that meet the minimal requirements of a prima facie case". Galston v. State, 943 So. 2d 968,971 (Fla. 5th DCA 2006). Specific denials of fact are required and where the "denial was not specific,[it is] therefore…not sufficient to dispute [defendant]'s factual allegations". Id. A trial court should grant a motion to dismiss where the State fails "to specifically deny his allegation" in traverse. Id.

"To establish a prima facie case, 'the State must show only that a reasonable jury could find the defendant guilty of the charged crime under the most favorable construction of the evidence". State v. Benjamin, 187 So.3d 352, 354 (Fla. 4th DCA 2016) citing State v. Yarn, 63 So. 3d 82, 85 (Fla. 2d DCA 2011).

B. Analysis of ASO' Trespass Warning

Aside from the jurisdictional defects addressed in C below, the plain reading of trespass warning confirms the Defendant did not violate it by coming home to own residence. ASO Leutenant Lalonde on 3.22.24. took husband's word that he has no contact order against wife, when indeed it is the wife only who has injunction against the husband. Leutenant also, without any research, concluded, agreeing with husband's fabrication of the "sole ownership" of the marital-communal property under the law of Ca. where divorce is pending for more than six years, and where in rem jurisdiction, in as far as dissolution of marriage matters, is located under law. Leutenant arrested wife for coming to her own home on the word of a domestic violence offender, which constitutes Fundamental error in the inditement, and at best a lack of following simple investigative procedure. The wife did due diligence presentation of her right to enter own house, she showed valid drivers license, stated to a Leutenant case number of her injunction against the husband and Leutenant disregarded her marital property and protective order— granted in Ca. and valid in every jurisdiction( Fl. s. 741.315 )—rights.

FIBRS Incident Report by Leutenant on 3.22.24. states:"I responded to an initial call of domestic dispute involving Charles Collier and his wife, Irina Collier. The complainant(C.Collier) had called dispatch to advise his estranged wife, Irina, was on the scene and had a no contact order in place". In fact, the no contact order was issued next day, in jail, pursuant the Leutenant's charge of Irina with Felony Burglary at the scene of her house —3.22.24. FIBRS Incident Report— and not ever

*1*

before. Leutenant's failure to do due diligence fact checking on the scene led to all subsequent dominos of the Due Process fall in disarray, obstructing the optics of prosecution, who in turn also failed to conduct investigation in Pima Facie case of arresting the wrong person at the scene of the crime on 3.22.24. Up until today, through all of the steps of the Fl. Due Process no-one persued the investigation into Domestic Violence Restraining Order violation, the one with the valid no contact order against Charles Collier, who the only offender under the Fl. s. 741.315.— which renders any and all ASO action as failure to properly identify offender in Domestic Violence case 18DV000161 with active injunction from Family Court in place on 3.22.24.

C.Failure of the State to specifically deny the defendants factual allegations of her right to the property, thus rendering prosecution's information ludicrous at best and most likely malicious,[ given her husband's prominent position in the city and the very fact that judges involved in this case and the prosecutors and the public defender offered by the court to the defendant — are all her husband's former law students, he is a UF law professor] is best stated in one of the Honorable Judges own words during a hearing in this case on 5.14.24., when the State suggested charge of Felony trespass and Felony Burglary [ implying an owner of the house can indeed trespass and burglarize herself] then voluntarily withdrew felonies, but still insisted on keeping the case in criminal court against bewildered comments of the Judge below:

 "Technically, she owns the property. Legally she owns the property"…"The[ family court] judge hasn't transferred ownership to the husband, so she still owns the property that she's being trespassed on"…"I would anticipate a motion to dismiss being filed in the criminal case." Reasonable mind of an average jury at this point would inquire as to what is really going on in court and whether they are witnesses to unambiguous case of Brady Violation and Prosecutorial Vindictiveness, seeing the case of trespass brought against the rightful owner of the property. A discerning jury is aware that the defendant has the right to bring a suit for damages against just this kind of prosecutor, if after a night in jail at 64y.o., on clearly wrong charges, defendant is still waiting for someone in Court to simply look at records in this case - contained on the docket- with Court Order from 01-2020-DR-1656- Honorable Judge Ferrero, denying all claims by Charles Collier, that he is trying to assert in fraudulent action, under Judge Ferrero's own court case number, as if it magically transformed into an "exclusive possession of property", thus turning Charles into a landlord and his wife Irina into a tenant, open to being trespassed in her home that according to Charles turned into his own castle after the married couple with a child lived in that house for 20

Years. There simply is no such law in Fl. Irina has legal right to the property, which was stated above in Judges words on record, and is confirmed in documents, docketed in this very case from the start of the injunction and dissolution of marriage case back in 2018 case : 18000161, that Leutenant Lalonde, the State and all who chose to ignore documentation in the Clerk's office of the Alachua County Criminal and Civil Courts, are free to inspect and witness for themselves. Court Orders, transcripts of hearings, statements from Charles Collier in 2018 about communal nature of the house he claims as his own now, statements from Judge Kramer, terms of Irina Collier's protective order against her husband, and volumes of additional hard evidence attesting to Irina's unerring innocence.

D. Lack of jurisdiction.

Defence argument regarding jurisdictional defect couldn't be presented better than in the words of the same Circuit 8 Honorable Judge - expert in  criminal and civil jurisprudence, when on 5.14.24. he repeated his summary of prosecutions intent to transfer from felony court to County court thusly:

 "I'm not sure that they can prove the trespass against you. The charges have never been filed against you and you were arrested back in March 22nd"…" I think the State's going to have a difficult time proceeding on a criminal charge"…" I just know— as a Circuit Judge, I do rotations,

and so I've done family law for four of five years in the past. And normally this would not be a criminal case. This would be a contempt of court in front of the judge in the family law division". At this point it is prudent to note that while the Judge did not explicitly referred to what kind of contempt he referenced, it is obvious that only one spouse involved in this misdemeanor charge has a valid injunction against the other suppose— it is the wife who has a long term Domestic Violence Restraining Order [ violation of this injunction is instant felony] against her husband.Husband is clearly trying to get out of facing prosecution for his injunction violation by setting up his wife with ridiculous on its face attempt to convict her for trespassing in her own house.

The Judge continued:"But I've never seen a criminal charge come out of this yet unless I transferred actual ownership to the individual"…"I just know that this appears to be a difficult criminal case to prove for the prosecution…That's just my initial reaction". " That being said, at this point[5.14.24.] you haven't been charged, and there is a possibility they never charge you, that they may dismiss the charges against you. Okay?"

 In short, no prosecution lies, under this criminal statute- misdemeanor trespass.

   WHEREFORE, it is respectfully requested that this Motion to Dismiss be granted.

Irina Collier, Prose Defendant in case 2024-MM-1056A

6.24.24.

2.16.24. deputy Smith "forgot"to issue trespass slip. No service ever, no case. Prizzia. County Commission. Ashley Moody 2020 Victim's Compensation documents filled out by both victims-mom and child-approved for compensation that never arrived; USHHS under Trump . DOJ- Barr. DHS. State Department March 2020. Morgans professor's students. Collier-Garbers. Who is the judge in this case married to, ......



8:24 PM  Tue Jul 2

*List of all related cases*

# renewal of 18DV000161 Restraining Order

Good Cause: kidnapping, false imprisonments and imminent Prima Facie threats to Domestic Violence survivors in this case present necessary and sufficient grounds for requesting indefinite renewal of injunction against the violent offender of record Charles Collier.

DIRECTLY RELATED MATTERS from 2018 to 2024 IN THIS CASE ARE AS FOLLOWS:

18DV000161 Collier v. Collier, San Jose Ca. Superior Court.
21-7285 Collier v. UCBerkeley, US Supreme.
22-7357 Collier v. President of Stanford University, US Supreme Court.
23-2420 Collier v. Trump, Federal Circuit Court of Appeals.
23-2052 Collier v. USA real party of interest D. Trump, Federal Circuit Court of Appeals.
M287263 State of Ca. v. Collier, San Diego Superior Court(2023)
01-2020-DR-1656 Collier v. Collier ( 6.25.2020)
23-167 Collier v. Trump, US District Court Fl. Northern.
24-22 Collier v. Sabraws Et. Al., US District Court Ca. Southern.
S282929 Collier v. Newsom, Ca. Supreme Court( 2024).
SC2024-0247 Collier v. Collier, Fl. Supreme Court.
24-7018 Collier v. Trump, US Court of Appeals D.C. Circuit.
24-90 Collier v. Collier, US District Fl. Northern.
24-85 Collier v. Fl. Governor Et.Al., US District Northern.
2024-MM-1056A State of Fl. v. Collier, Gainesville, Fl. Alachua County Court, Circuit 8.
2024-CA-1998 Collier v. Collier, Gainesville, Fl. Circuit 8 Family Court.

All matters above have the names of two principal litigants central in them: Irina Collier v. Charles Collier. Having started in 2018 as domestic violence dissolution of marriage with a minor, it reached the phase of domestic violence child support arrearages interstate violation in Fl. 2024.

It is also directly related to a petition for rehearing pending review in the US Supreme Court on September 30, 2024: Collier v. Newsom.

## Emergency Application to the Fl. Supreme Court

In re:

The Jurisdictional Question having Surfaced in case 24-0939 upon the US Supreme Court's Immunity Question Ruling July1,2024.

Crucial jurisdictional questions in this case:

1. Are perjury and fraud by Fl. Government officials defined as immune actions under the Fl. Constitution today?

2. Did professor Collier violate terms of his injunction in chambers of Judge DeTomasis on July 28, 2020 according to Fl. S. 741. 315?

3. Are humanists protected from religious prosecution under the Fl. Constitution' First Amendment freedom of religion clause, and, is prosecution of a humanist child by white nationalist christian vigilantes a hate crime in Fl.?

7:04 AM  Wed Jul 3                                      •••                                    5G⊞ 90% ▮

## Good cause for invoking Emergency Application to the Fl. Supreme Court, seeking answer to the constitutional question of immunity:

Background in case 24-0939 zigzags from Fl. to Ca., to Washington D.C. and back to Fl.

Ca. Superior Court 2023 Judge Church (experienced US attorney in Chief Judge Sabraw's Ca. Southern US District Court)  presided over perjury and fraud in chambers case. When case was challenged as whistleblower retaliation from Newsom, that started in 2018 and never ended, Judge Church wrote: There may be immunity.

 Judge Church knew and actively participated in US Attorneys' cover up of the Title 9 criminal violation by professor Collier on UF campus. Professor masterminded religious involuntary reformatory re-education of

2

7:04 AM  Wed Jul 3       • • •       ᵘᴵ 5G⁺ 90% ◼

    

involuntary reformatory re-education of his minor child humanist, that started in 2017 Stanford extension school, continued through UCOP: 6 years in Berkeley, moved to San Francisco, then San Diego, and now is still commanded from professor's base in Gainesville,Fl. under the Americorps umbrella. Still involuntary. City and County Commissioners know and do nothing about Anna Prizzia's role in 2020 fraud and perjury in Fl., documented in Circuit 8 on July 28, when Judge DeTomasis knowingly, willingly and in violation of Fl. Statute 741.315 ordered survivors of domestic violence-religious hate crime to get out of their own home. Trump covered everyone's action in 2020 with broad promise of complete immunity.

 Case 24-mm-1056 State of Fl. v. Irina Collier [directly related to all Collier v. Collier cases in Ca. and Fl., and to the:

State of Ca. v. Irina Collier trespass cases, and to a trespass issued by University of Florida ( president) to Irina Collier ] is still open in Alachua County- Prizzia' territory. Anna Prizzia is a county commissioner of the zone in Gainesville Fl. where Irina and her son reside. Irina and son were unlawfully kicked out of there home in 2020. Now, the same government officials in Fl. and Ca. are getting away with Contempt of Court, classified by all clerks of all courts for 6 years straight as civil matters, while the violation of long term DV injunction is instant felony.

Judge Jones presiding over decision whether to grant Motion for Dismissal is not in any hurry to rule in clear case of perjury and fraud by the government officials in judicial chambers. She cares less about Justice , about bringing captive humanist child home, then she is secure in dragging the travesty in her

captive humanist child home, then she is secure in dragging the travesty in her own chambers as long as it takes to please professor Collier and commissioner Prizzia, or until higher Court's order in this case. No sooner, in spite of the Circuit 8 powers bestowed on her judicial robes to rule in the interests of law and Justice

    

From 2018 to 2024 Ca. Supreme Court stood by Trump's and Newsom's order to sweep all crimes against humanist child on territory of Ca. State and private universities, and in State and US Courts of Ca. under the carpet.

 All Courts refused to answer a simple question in this case: Do the government officials, who cover up of rapes and involuntary servitude of Court Protected humanist child have immunity for criminal acts?

Those courts have brought the case back to the home of survivors in Fl.

 The case poses urgent questions to the Honorable Supreme Court of Fl., today, after the US Supreme Court ruled that criminal acts in any office are indeed unconstitutional. Even if committed during the official service in the office by unlawfully interspersing private criminal acts- cover up of child rape, or selling government nuclear secrets to foreign adversary for personal gain types of things, within their official duties. The black and white nature of high crimes is the concept preserved within the ruling of the High Court on 7.1.24.

 Are the actions of government officials like Anna Prizzia who impersonated a Judge in Ca. considered to be official in Fl., or are they criminal under Fl law?, Does practicing law in a different state without a law license by a government official of Fl. qualify as an immune act in Fl.? Fl. Constitution is not ambivalent, statutes are clear. So why are the Clerks of all Courts in Fl.- State and US District failing to cure want of jurisdiction at the original tribunal level, where criminal law is turned into a civil with the inside out- upside down -twist the law on its head -maneuvering set of lies and misinformation? What Chief Judge allows it in Fl? Under what constitution?

Without answers to questions of immunity this case can not be solved in Fl.

Would the Honorable Court answer in the interests of Law and Justice? The original tribunal of Circuit 8 stands firmly on the side of imprisoning survivors-whistleblowers and affording the status of victim to a violent offender of record; victim and offender are simply reversed in a twist the law like a pretzel move. Motion for dismissal of the case based on perjury and fraud in chambers of circuit 8 is ignored by Magistrate Judge Jones- also a former student of the violent offender professor

Judge Jones- also a former student of the violent offender professor Collier- in 24-mm-1056A, directly related to 24-0939.
The District 1 Honorable Court': 24-0939 would inevitably be directed by this Honorable Court's answer and/or lack thereof in the above questions, affecting the lower tribunal's ability to apply the Fl. Law in case 24-0939.

## Internments/Relevant history( unedited notes):

San Diego jail, Public Defender by the name Americorpsikova. Sounded odd, now makes sense in familiar mockery, she went further totally sure I'll never get out, and her cover is as solid as it gets- Sabraws in Ca, and way higher in Fl. What is higher than Chief judge of federal court and a judge in Ca. Supreme? There isn't much room to go higher, a leap over two circuit court of appeals judges, three with one In federal circuit Washington , then just nine steps up, which step is in play here is obvious, one from Disney territory. Two Disney parks in the country. Iniminimomimoe. It was a fun game for ms.

Americorpsikova to play in jail, total immunity and impunity, absolute control over a powerless human. She didn't hide enjoyment, teased me about not knowing legal terms, assured me I'll be convicted unless plead guilty to trespassing in own rental apartment, chastised me for not listening or talking to her. A girl who could be my grandchild. She works under Nicaraguan ( missionary church Garber Collier Ga., Ca. Fl.,TN.) identified rapist professor who took a plea for raping a student at Santa Cruz university- Title 9 case.

She admired "Judge Davis", fully knowing it is Prizzia : " Judge is good, plead guilty, then we'll get you out of jail".

You couldn't make a movie script like that, people will say:" it can never happen to innocent , not this way, it just is not realistic. And her son is a slave of

# professor- father? Get real. And son is Mensa? Get out! And she has a Ph.D? Right! In Ca!... Berkeley, Stanford and Trump in it too? Are you nuts? Listen to ms. Americorpsikova, plead guilty and shut up".

Next I'm slammed against the wall after being tripped first by an angry deputy for refusing to enter a tiny room with a microphone. I was chained up : ankles, waist, hands, you can't walk normally, still he wanted to trip me .slam was so hard I yielded a scream before realizing what happened. Davis-Prizzia gave him orders to bring me into that room whatever it took, she was feet away, heard me scream, knew what she is doing, then ordered same entertainment again and again 3 more times always insisted I be dressed in chains up to my ears. Last order she gave to deputies was: get her out to be brought into that room even if she says she is too weak to make a very long walk in chains( wheelchairs are on every floor of confinement per regulations), Prizzia said " get her out by full extraction from a cell if she can't make a walk. Drag her out". Deputes do extractions in case of threat to their own safety in gear in team with weapons dragoutway. I asked for a book on procedures on the ward. It forbids extractions except in emergencies. Still deputies said: judge orders it we can't disobey. So I went every time, knowing Judge is most likely not there. In four months she appeared twice, while I had to get dressed in chains for her three more times for nothing- it's called dry run in jail- stay in chains in a cold waiting cell for no reason but inflict suffering. Nothing is fun in jail, more so in solitary, even more dressed in chains in holding cell from 5a.m. to at least 5p.m. unless a trip back to solitary is delayed . After the first two strip searches, Prizzia-Davis, my husband, his Morgan law Defence army Chad White, Perla, Sabraws, and all others wanted me to be strip searched after every dry run too. I made a gallows humor statement, when deputies said that's what is normally done , I answered if it was

searched after every dry run too. I made a gallows humor statement, when deputies said that's what is normally done , I answered if it was normal every time in every detention we'd see people's naked butts at every traffic stop and arrest on the streets too. That joke saved me from their intent . That time. Was my child saved from it in his holds? His father knows.

Chad White- the person who kidnapped my son was my victim according to Prizzia -Davis actress. He is criminal Defence attorney, his role was playing administrator in my sons and my apartment. He trespassed me in our rented apartment, said he is afraid I have a gun, didn't elaborate, just wrote a sentence in his complaint and I was thrown in jail. Prizzia' bud Chad White - Defence of my husband in case that was pending in high court - Chad said "your son is all grown up doesn't need court order protection" when I told him we are in safe@home program for survivors of DV, showed him child's safe@home card from Ca. Secretary of State. In Florida 2024 sheriffs deputies show up with Meridian staff to tell me they called Ca. to do wellness check on my son, "he is not kidnapped, he is fine"- "Chad White told us". "and you can't go to your husbands house, go to StFransis house homeless shelter or get out of the city"- February 24. Chad White is a prosecutor- moonlighting as criminal Defence ,district attorney's staff in Ca., with close Fl ties. Out in the open, collaborating with Kramer through court services program for placing whistleblowers in conservatorship against their will for " incompetence".
Everyone knows what Charles did to own child, that father kicked him out, that father is standing between child and mom like Hamas between Jewish families with deadly intent. No one can stop him from running own family in the ground. Why? Who protects Charles from a slap on the wrist, protects his trust fund, his undivided marital assets as if his alone, why?
The reason I refused to enter tiny room with microphone was for all the lies deputies and PDs were telling. They said:" PD is not in chambers we know you are prose, judge wants to speak to you alone, go. " I went, first person I saw was PD,- one of the team that didn't let me say: Not

person I saw was PD,— one of the team that didn't let me say: Not Guilty. I kept refusing PD under 6th amendment, they kept coming back. Lies were in chambers , in jail, it was internment and no one denied that, all else was lies. Passport carrying American in jail under misused Patriot Act—- internment. No due process one.

Tortures .  Unmarked ambulance run, blood pressure situation , being left alone with floridly psychotic inmate first days in jail, no deputies around only me and psycho, deputies leave their station, they are supposed to keep presence on that station.

Where to start, mattress plastic ,dirty ,thin thing torn in the middle, plastic' sharp edges jabbing in your flesh. Either that or sleep on bare metal. Smell of mattress was sensory "treatment." If you ask for access to anything all other inmates have like law library or calling court , deputies just laugh, if you ask what is my charge why am I here - the same nonsense answers with the same : "talk to PD only", all were ordered to give nonsense answers, or none: "You have domestic violence charge." I'd ask against whom, they answer Chad White. He is not my husband and domestic violence is family court, I'm not married to Chad, never had family law injunction. I'm protected with one. And that continued every week when classification made rounds. They had answers but only smiled when I asked .

Most deputies didn't torture, all it takes is one, there were more than one who did, with a smile or smirk, if they knew wrists hurt already bruised from handcuffs put chains and cuffs even tighter, all knew I'm in constant pain , arthritis aggravated by conditions. Some made is so unbearable my limp came back, walking was harder and harder. But there were others too, they loosened chains and sent my letters to courts. Courts took time to answer past deadlines or ignored me. Nothing was worse than knowing child has it the same, different scenario but captive, has to survive, knowing mom may not.

11

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA**

**INSTRUCTIONS FOR FILING A 28 U.S.C. § 2254 PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON
IN CUSTODY PURSUANT TO A STATE COURT JUDGMENT**

*Pro se § 2254 motions will not be considered by the Court unless this
§ 2254 form has been completed by the movant/petitioner as explained below.*

**Explanation and Instructions – Read Carefully**

1.  Pro se § 2254 petitions will not be considered by the Court unless this § 2254 form has been completed by the petitioner as explained in these instructions.

2.  The petition must be legibly handwritten, typewritten, or computer generated, and signed under penalty of perjury by the petitioner. Any false statement of a material fact may serve as the basis for prosecution for perjury. All questions must be answered concisely in the proper space on the form.

3.  The petition must be accompanied by a $5.00 filing fee or a completed form application to proceed in forma pauperis. If your current account balance is $25.00 or more, you will be unable to proceed in forma pauperis.

4.  The petition must include <u>all</u> available grounds for relief and a summary of specific facts supporting each ground raised (claims not raised in this petition may be barred in the future, see item 7 below). Petitioner may submit additional pages if necessary to explain the facts but must answer <u>all</u> questions in the proper space <u>on the form itself</u>. No legal argument or citation of authority is required in the petition. A separate memorandum of law may be submitted, but it may not exceed 25 pages in length absent prior leave of Court.

5.  When the petition is completed, mail the original and two identical copies (including any exhibits) to the division office closest to the state court of conviction.

Cases to be filed in the **Tallahassee** Division:
CLERK, U.S. DISTRICT COURT
111 N. ADAMS STREET
SUITE 322
TALLAHASSEE, FLORIDA 32301-7730

Cases to be filed in the **Gainesville** Division:
CLERK, U.S. DISTRICT COURT
401 S.E. FIRST AVENUE
ROOM 243
GAINESVILLE, FLORIDA 32601-6895

Cases to be filed in the **Pensacola** Division:
CLERK, U.S. DISTRICT COURT
1 NORTH PALAFOX STREET, ROOM 226
PENSACOLA, FLORIDA 32502-5658

Cases to be filed in the **Panama City** Division:
CLERK, U.S. DISTRICT COURT
1 NORTH PALAFOX STREET, ROOM 226
PENSACOLA, FLORIDA 32502-5658

6.  There is a one-year period of limitations applicable to § 2254 petitions, see 28 U.S.C. § 2244(d).

7.  If you previously filed a § 2254 petition challenging the same conviction or sentence, authorization for filing a second or successive § 2254 petition must be obtained from the Eleventh Circuit Court of Appeals. See 28 U.S.C. § 2244(b)(3). Authorization forms may be obtained from this court or the Eleventh Circuit.

8.  After receiving notice of your case number from the Clerk, you **must** include the case number on all documents you submit to the Court. You must keep a copy of every document as you are not entitled to free replacement copies from the Clerk even if you are proceeding in forma pauperis. As long as your case is pending, it is your responsibility to **immediately** notify the Court and opposing counsel, in writing, of any change of address. Failure to do so could result in dismissal of your case.

9.  The respondent is not required to respond to the petition unless ordered by the Court, and default is not appropriate in habeas corpus proceedings. Once the Court has ordered a response and counsel for respondent has appeared in the case, any documents sent to the Court must also be sent to counsel as reflected in a certificate of service showing the date that a copy was served or mailed. Failure to include a certificate of service may result in a document being returned to you without filing.