IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**IRINA COLLIER,**

    **Petitioner,**

v.                                                       Case No. 1:24-cv-113-AW-ZCB

**SHERIFF GAINEY, et al.,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation. ECF No. 9. The docket indicates the copy sent to Petitioner was returned as undeliverable, but Petitioner obviously obtained a copy because she submitted a notice specifically referencing it and objecting to it. ECF Nos. 11, 12. I have considered the objection de novo.

As the report and recommendation explains, "[t]he petition (and the voluminous exhibits) are quite confusing and difficult to decipher." ECF No. 9 at 2. But I agree with the magistrate judge that, best construed, Petitioner's case is subject to *Younger* abstention. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "The habeas petition is dismissed without prejudice based on *Younger* abstention." The clerk will then close the file.

1

Because Petitioner has not made any "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), a certificate of appealability is denied.

SO ORDERED on September 3, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge